**Order filed July 24, 2014**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00344-CV**
**NO. 14-14-00351-CV**
**NO. 14-14-00352-CV**
**NO. 14-14-00368-CV**
_____

## IN THE INTEREST OF X.I.M., P.M., E.C., D.C., E.C., AND Y.C., CHILDREN

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2002-50811, 2011-10644, 2011-42185, & 2011-01184J**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel certified to this court that he provided appellant with a copy of the *Anders* brief and the record, and advised appellant of her right to file a pro se brief in response.

If appellant desires to file a pro se brief in response to counsel's *Anders* brief, appellant's pro se brief shall be due on or before **August 25, 2014.**

PER CURIAM